UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN BURNETT,<br><br>        Defendant. | Case No. 2:21-mj-00777-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, November 29, 2021 at 4:00 pm, be vacated and continued to December 29, 2021 at the hour of 4:00 p.m.; or to a time and date convenient to the court.

    DATED this 23rd day of November, 2021.

                                              UNITED STATES MAGISTRATE JUDGE