# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN BURNETT,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00777-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, December 29, 2021 at 4:00 p.m., be vacated and continued to January 28, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 21st day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3